# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

| | |
|---|---|
| Dylan Kagley,<br><br>      *Plaintiff*,<br><br>v.<br><br>Future Motion, Inc.,<br><br>      *Defendant*, | Case No.: 1:23-cv-00324-MOC-WCM |

## APPLICATION FOR ENTRY OF DEFAULT PURSUANT TO RULE 55 OF THE FEDERAL RULES OF CIVIL PROCEDURE

Plaintiff Dylan Kagley ("Plaintiff") hereby requests pursuant to Rule 55 of the Federal Rules of Civil Procedure, that the Court enter the Default of Defendant Future Motion, Inc. ("Defendant") for failure to plead or otherwise defend against this action in a timely manner.

As shown by the Certificate of Service (Dkt No. 6), Defendant was served pursuant to Rule 4 of the Federal Rules of Civil Procedure on November 14, 2023. The applicable time limit for Defendant to Answer Plaintiff's Complaint expired on December 14, 2023.

To date, Defendant has failed to plead or otherwise respond to the Complaint. This request is based on the attached Declaration of Attorney for Plaintiff.

Dated: January 26, 2024          Respectfully submitted,

                                       /s/ *Blake G. Abbott*
                                       Paul J. Doolittle (*Pro Hac Vice Forthcoming*)
                                       Blake G. Abbott (N.C. Bar No. 57190)
                                       **POULIN | WILLEY | ANASTOPOULO, LLC**
                                       32 Ann Street
                                       Charleston, SC 29403
                                       Tel: (803) 222-2222
                                       Fax: (843) 494-5536
                                       Email: paul.doolittle@poulinwilley.com
                                                    blake.abbott@poulinwilley.com